THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HCL AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KARTHIK VENKATESAN, an individual,<br><br>Defendant. | CASE NO. C20-0331-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to extend the deadline to serve Defendant (Dkt. No. 14). Having thoroughly considered the motion and the relevant record, the Court finds good cause to extend the service deadline pursuant to Federal Rule of Civil Procedure 4(m). Accordingly, the Court hereby GRANTS the motion and EXTENDS the deadline for Plaintiff to serve Defendant to August 6, 2020.

DATED this 28th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0331-JCC
PAGE - 1